**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7582

IVANDER JAMES, JR.,

Petitioner – Appellant,

v.

PATRICIA STANSBERRY, Warden, Petersburg FCC,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:10-cv-00380-JAG)

Submitted: April 18, 2012                    Decided: May 8, 2012

Before DUNCAN, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ivander James, Jr., Appellant Pro Se. Jonathan Holland Hambrick, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ivander James, Jr., a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition and denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. James v. Stansberry, No. 3:10-cv-00380-JAG (E.D. Va. June 20 & Oct. 11, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED